**BLUMENTHAL NORDREHAUG**
**BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar # 068687)
norm@bamlaw.cam
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
Jeffrey S. Herman (State Bar #280058)
jeffrey@bamlawca.com
Sergio J. Puche (State Bar #289437)
sergiojulian@bamlawca.com
Trevor G. Moran (State Bar #330394)
trevor@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

[*Additional Counsel on Following Page*]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LOVGREN and GINA CUNEO, individuals on behalf of themselves, and on behalf of all persons similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>ENLOE MEDICAL CENTER, a California; and Does 1 through 50, Inclusive,<br><br>            Defendants. | Case No. 2:24-cv-01134-WBS-DMC<br><br>[Class Action]<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT; ORDER**<br><br>Judge:      Hon. William B. Shubb<br>Courtroom: 5, 14th Floor |

1

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Douglas L. Ropel. Bar No. 300486
dropel@littler.com
Lauren J. Orozco, Bar No. 332880
lorozco@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.:   916.561.0828

Attorney for Defendant
ENLOE MEDICAL CENTER

1
2   Plaintiffs CHRISTIAN LOVGREN and GINA CUNEO ("Plaintiffs") and
3   Defendant ENLOE MEDICAL CENTER ("Defendant") (collectively the "Parties"),
4   by and through their respective counsel of record, hereby stipulate and agree as
5   follows:
6   WHEREAS, on May 16, 2024, Plaintiffs filed and served their Notice of
7   Motion and Motion to Remand Case to State Court, which is set for hearing on
8   March 31, 2025 (Dkt. 14);
9   WHEREAS, the Parties settled the case after a private mediation on January
10   21, 2025, with experienced wage and hour mediator Steven Serratore;
11   WHEREAS, Plaintiffs' Notice Of Non-Receipt of Opposition filed on
12   February 11, 2025 (Dkt. 17) is hereby withdrawn; and
13   WHEREAS, to prevent the Parties from incurring further potentially
14   unnecessary litigation expenses while they finalize the Parties' settlement, and in the
15   interests of judicial economy and the conservation of Party resources, the Parties
16   agree that good cause exists to further continue the briefing schedule for Plaintiffs'
17   Motion to Remand Case to State Court:
18   • The hearing on Plaintiffs' Motion to Remand Case to State Court to be
19      continued from March 31, 2025, to April 28, 2025;
20   • Defendant's opposition deadline to be continued to March 4, 2025; and
21   • Plaintiffs' reply deadline to be continued to March 11, 2025.
22   NOW, THEREFORE, based upon the foregoing, the Parties, by and through
23   their respective undersigned counsel of record, hereby stipulate and agree as
24   follows:
25   1.   The above recitals are an integral part of and provide the foundation for
26   this stipulation;
27   2.   Plaintiff's Notice of Non-Receipt of Opposition (Dkt. 17) is hereby
28

3

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT: ORDER**


withdrawn.

3. The briefing schedule for Plaintiffs' Motion to Remand Case to State Court is as follows:

    a. The hearing on Plaintiffs' Motion to Remand Case to State Court to be continued from March 31, 2025, to April 28, 2025;

    b. Defendant's opposition deadline to be continued to March 4, 2025; and

    c. Plaintiffs' reply deadline to be continued to March 11, 2025.

**IT IS SO STIPULATED.**

Dated: February 11, 2025

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

By: */s/ Sergio J. Puche*
    Jeffrey S. Herman
    Sergio Julian Puche
    Trevor G. Moran

    Attorney for Plaintiffs
    CHRISTIAN LOVGREN and GINA CUNEO

Dated: February 11, 2025

**LITTLER MENDELSON, P.C.**

By: */s/ Barbara A. Blackburn* (Authorized on 2/11/2025)
    Barbara A. Blackburn
    Douglas L. Ropel
    Lauren J. Orozco

    Attorney for Defendant
    ENLOE MEDICAL CENTER

## ORDER

By stipulation of the Parties, and for good cause shown, the Court hereby Orders as follows:

1. Plaintiff's Notice of Non-Receipt of Opposition (Dkt. 17) is hereby withdrawn.

2. The briefing schedule for Plaintiffs' Motion to Remand Case to State Court is as follows:

   a. The hearing on Plaintiffs' Motion to Remand Case to State Court to be continued from March 31, 2025, to **April 28, 2025 at 1:30 p.m.**;

   b. Defendant's opposition deadline to be continued to **March 4, 2025**; and

   c. Plaintiffs' reply deadline to be continued to **March 11, 2025**.

**IT IS SO ORDERED.**

Dated: February 12, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE